**Keith BROWN, Plaintiff–Appellant**

v.

**Carolyn W. COLVIN, Acting Commissioner of Social Security, Defendant–Appellee.**

No. 13–3759.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 7, 2014.

Filed: Aug. 15, 2014.

M. Keith Blythe, Matthew J. Ketcham, Noland & Caddell, Fort Smith, AR, for Plaintiff–Appellant.

Michael McGaughran, Ruben Montemayor, Assistant Regional Counsel, Social Security Administration Office of General Counsel Region VI, Dallas, TX, for Defendant–Appellee.

Before WOLLMAN, GRUENDER, and SHEPHERD, Circuit Judges.

PER CURIAM.

Keith Brown appeals the district court's [1] order affirming the denial of supplemental security income and disability insurance benefits. Following de novo review, see *Myers v. Colvin,* 721 F.3d 521,

524 (8th Cir.2013), we conclude that the administrative law judge's (ALJ's) credibility analysis was proper, that the residual functional capacity determination was supported by the record, and that the vocational expert's testimony that Brown could perform a significant number of jobs existing in the national economy was based on a properly phrased hypothetical question and constituted substantial evidence to support the ALJ's assessment, see *Buckner v. Astrue,* 646 F.3d 549, 560–61 (8th Cir.2011).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).